FILED: June 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6851

(3:04-cr-00250-RJC-19)

(3:12-cv-00513-RJC)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

RAYMOND ROGER SURRATT, JR.

   Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Numbers | 3:04-cr-00250-RJC-19; 3:12-cv-00513-RJC |
| Date notice of appeal filed in originating court: | 06/02/2014 |
| Appellant | Raymond Roger Surratt, Jr. |
| Appellate Case Number | 14-6851 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |