FILED: June 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6851
(3:04-cr-00250-RJC-19)
(3:12-cv-00513-RJC)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

RAYMOND ROGER SURRATT, JR.

  Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion to expedite briefing and oral argument, the court grants the motion. The clerk shall assign amicus counsel and schedule briefing and oral argument as follows:

| | |
|---|---|
| Opening brief and appendix: | Due July 25, 2014 |
| Government response brief: | Due August 22, 2014 |
| Amicus brief in support of district court: | Due September 22, 2014 |

Reply briefs:                                    Due October 15, 2014

Oral Argument:                                   December 9-12, 2014, Session

                                                 For the Court

                                                 <u>/s/ Patricia S. Connor, Clerk</u>