FILED: December 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6851
(3:04-cr-00250-RJC-19)
(3:12-cv-00513-RJC)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

RAYMOND ROGER SURRATT, JR.

  Defendant - Appellant

-------------------------------

STEVEN HARRIS GOLDBLATT

  Court-Assigned Amicus Counsel

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; DOUGLAS A. BERMAN, Professor

  Amici Supporting Appellant

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

  Amicus Supporting Rehearing Petition

_____

O R D E R
_____

Appellant has moved for leave to submit supplemental briefs addressing issues that were not fully addressed in the initial briefing before the panel. The government joins in the motion. Court-assigned amicus counsel requests 21 days from the filing of the government's supplemental brief in which to file the supplemental amicus brief.

The court grants the motion for supplemental briefing and further directs the parties to address the impact, if any, of <u>United States v. Persaud</u>, 134 S. Ct. 1023 (2014) (mem.).

Supplemental briefs shall be filed in electronic form, with 16 paper copies, according to the following schedule:

| | |
|---|---|
| Appellant's Supplemental Brief Due: | January 19, 2016 |
| Appellee's Supplemental Brief Due: | February 2, 2016 |
| Court-Assigned Amicus Counsel's Supplemental Brief Due: | February 23, 2016 |

For the Court

<u>/s Patricia S. Connor, Clerk</u>